1 Steven G. Rosales
Attorney at Law: 222224
2 Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
3 Santa Fe Springs, CA 90670
Tel.: (562)868-5886
4 Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com
5
Attorneys for Plaintiff
6 Moises Alvarado

7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10

11 MOISES ALVARADO,                ) Case No.: EDCV 11-1067 ODW VBK
                                   )
12         Plaintiff,              ) {PROPOSED} AMENDED ORDER
                                   ) AWARDING EQUAL ACCESS TO
13     vs.                         ) JUSTICE ACT ATTORNEY FEES
                                   ) AND EXPENSES PURSUANT TO 28
14 MICHAEL J. ASTRUE,              ) U.S.C. § 2412(d) AND COSTS
   Commissioner of Social Security,) PURSUANT TO 28 U.S.C. § 1920
15                                 )
           Defendant               )
16                                 )
   _____ )

17
    Based upon the parties' Stipulation for the Award and Payment of Equal
18
Access to Justice Act Fees, Costs, and Expenses:
19
    IT IS ORDERED that fees and expenses in the amount of $3,300.00 as
20
authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.
21
DATE:    November 5, 2012
22                                                /S/
                                    _____
23                                  THE HONORABLE VICTOR B. KENTON
                                    UNITED STATES MAGISTRATE JUDGE
24

25

26

-1-

1 | Respectfully submitted,

2 | LAW OFFICES OF Lawrence D. Rohlfing

3 | /s/ *Steven G. Rosales*
_____

4 | Steven G. Rosales
Attorney for plaintiff Moises Alvarado

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26